**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
ZOURIK ZARIFIAN, SB# 306368
  E-Mail: Zourik.Zarifian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVAREZ TOLEDO, individually and on behalf of all other persons similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>TESLA, INC.,<br><br>         Defendant. | Case No. 4:22-CV-04908-HSG<br><br>**STIPULATION TO EXTEND DEFENDANT TESLA, INC.'S TIME TO RESPOND TO CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>**[PROPOSED] ORDER**<br><br>Judge:    Haywood S. Gilliam, Jr.<br><br>Complaint Served: Sept. 2, 2022<br>Current Response Deadline: Sept. 23, 2022<br>New Response Deadline: Oct. 24, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4891-8434-7955.4

Case No. 4:22-CV-04908-HSG

STIPULATION TO EXTEND DEFENDANT TESLA, INC.'S RESPONSE DEADLINE TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE

Pursuant to Civil L.R. 6-1(a) and 6-2, Plaintiff Jose Alvarez Toledo ("Plaintiff") and defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel of record, do hereby stipulate to extend the time by which Tesla shall respond to Plaintiff's Class Action Complaint ("Complaint").

WHEREAS, on August 26, 2022, Plaintiff filed his Complaint in this Court and served the Complaint on Tesla on September 2, 2022 [Dkt. 1];

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A), Tesla's response to the Complaint is currently due on September 23, 2022;

WHEREAS, the undersigned counsel for Tesla was only retained on September 15, 2022 and, in light of its recent retention, requires additional time to review and analyze the Complaint and prepare a response to it;

WHEREAS, Plaintiff does not oppose Tesla's requested extension;

WHEREAS, to account for the press of business and existing deadlines in October and November, the parties agree, subject to Court approval, that Plaintiff may have until November 23, 2022, to prepare any opposition to any motion Tesla may file in response to the complaint, and Tesla may have until December 7, 2022, to file any reply.

WHEREAS, the extensions of time will not alter the date of any event or any deadline already fixed by an order of the Court.

IT IS HEREBY STIPULATED AND AGREED that Tesla's response deadline for the Complaint is extended from September 23, 2022 to **October 24, 2022.**

In addition, subject to Court approval, Plaintiff's opposition to any motion Tesla may file in response to the complaint is due **November 23, 2022**, and Tesla's reply is due **December 7, 2022.**



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  DATED: September 16, 2022          ERIC Y. KIZIRIAN
                                      ZOURIK ZARIFIAN
2                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                     By:        /s/Eric Y. Kizirian

5                                          Eric Y. Kizirian
                                           Attorneys for Defendant,
6                                          TESLA, INC.

7

8  DATED: September 16, 2022          JOEL D. SMITH
                                      BURSOR & FISHER, P.A.
9

10                                    By:        /s/Joel D. Smith

11                                         Joel D. Smith
                                           Attorneys for Plaintiff Jose Alvarez Toledo
12

13             **<u>Certification of Compliance with Civil L.R. 5-1(h)(3)</u>**

14       The filing attorney hereby certifies that concurrence in the filing of the document has been

15  obtained from each signatory, in accordance with Civil L.R. 5-1(h)(3).

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4  Dated: _____         _____
                                        Hon. Haywood S. Gilliam Jr.
5                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

