1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ERIC Y. KIZIRIAN, SB# 210584
2     E-Mail: Eric.Kizirian@lewisbrisbois.com
   ZOURIK ZARIFIAN, SB# 306368
3     E-Mail: Zourik.Zarifian@lewisbrisbois.com
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant,
   TESLA, INC.
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11
   JOSE ALVAREZ TOLEDO, individually and        Case No. 4:22-CV-04908-HSG
12 on behalf of all other persons similarly
   situated,                                     **STIPULATION TO EXTEND DEFENDANT
13                                               TESLA, INC.'S TIME TO RESPOND TO CLASS
                    Plaintiff,                   ACTION COMPLAINT AND SETTING BRIEFING
14                                               SCHEDULE**
            vs.
15                                               **ORDER**
   TESLA, INC.,
16                                               Judge:   Haywood S. Gilliam, Jr.
                    Defendant.
17                                               Complaint Served: Sept. 2, 2022
                                                 Current Response Deadline: Sept. 23, 2022
18                                               New Response Deadline: Oct. 24, 2022

19

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Pursuant to Civil L.R. 6-1(a) and 6-2, Plaintiff Jose Alvarez Toledo ("Plaintiff") and defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel of record, do hereby stipulate to extend the time by which Tesla shall respond to Plaintiff's Class Action Complaint ("Complaint").

WHEREAS, on August 26, 2022, Plaintiff filed his Complaint in this Court and served the Complaint on Tesla on September 2, 2022 [Dkt. 1];

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A), Tesla's response to the Complaint is currently due on September 23, 2022;

WHEREAS, the undersigned counsel for Tesla was only retained on September 15, 2022 and, in light of its recent retention, requires additional time to review and analyze the Complaint and prepare a response to it;

WHEREAS, Plaintiff does not oppose Tesla's requested extension;

WHEREAS, to account for the press of business and existing deadlines in October and November, the parties agree, subject to Court approval, that Plaintiff may have until November 23, 2022, to prepare any opposition to any motion Tesla may file in response to the complaint, and Tesla may have until December 7, 2022, to file any reply.

WHEREAS, the extensions of time will not alter the date of any event or any deadline already fixed by an order of the Court.

IT IS HEREBY STIPULATED AND AGREED that Tesla's response deadline for the Complaint is extended from September 23, 2022 to **October 24, 2022.**

In addition, subject to Court approval, Plaintiff's opposition to any motion Tesla may file in response to the complaint is due **November 23, 2022**, and Tesla's reply is due **December 7, 2022.**



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-8434-7955.4                    2                    Case No. 4:22-CV-04908-HSG
STIPULATION TO EXTEND DEFENDANT TESLA, INC.'S RESPONSE DEADLINE TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE

1 | DATED: September 16, 2022            ERIC Y. KIZIRIAN
2 |                                      ZOURIK ZARIFIAN
  |                                      LEWIS BRISBOIS BISGAARD & SMITH LLP
3 |
4 |                                      By: _____/s/Eric Y. Kizirian_____
5 |                                          Eric Y. Kizirian
  |                                          Attorneys for Defendant,
6 |                                          TESLA, INC.
7 |
8 | DATED: September 16, 2022            JOEL D. SMITH
  |                                      BURSOR & FISHER, P.A.
9 |
10|                                      By: _____/s/Joel D. Smith_____
11|                                          Joel D. Smith
  |                                          Attorneys for Plaintiff Jose Alvarez Toledo
12|

### Certification of Compliance with Civil L.R. 5-1(h)(3)

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with Civil L.R. 5-1(h)(3).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____9/212022_____

*Haywood S. Gill Jr.*
Hon. Haywood S. Gilliam Jr.
United States District Judge



STIPULATION TO EXTEND DEFENDANT TESLA, INC.'S RESPONSE DEADLINE TO THE COMPLAINT AND SETTING BRIEFING
SCHEDULE