**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
Matthew A. Girardi (*PHV* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com
         mgirardi@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| JOSE ALVAREZ TOLEDO, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No.: 4:22-CV-04908-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jose Alvarez Toledo hereby dismisses without prejudice, and without costs to either party, all claims against Defendant Tesla, Inc.

Dated: October 5, 2022  **BURSOR & FISHER, P.A.**

By: \_\_\_/s/ *Joel D. Smith*\_\_\_\_\_

Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
Matthew A. Girardi (*PHV* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com
            mgirardi@bursor.com

*Attorneys for Plaintiff*